

**ORDERED in the Southern District of Florida on August 8, 2017.**

*A. Jay Cristol*

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                             CASE NO.: 17-20024-AJC
 MAYRA CORTINA                            CHAPTER: 7

     **Debtors**
_____/

### ORDER GRANTING EX-PARTE MOTION TO TRANSFER VENUE TO BROWARD COUNTY

   **THIS CAUSE** came before the Court upon the Debtor, MAYRA CORTINA'S EX-PARTE Motion to Transfer Venue to Broward County. This Court having considered the basis for the Motion, and being otherwise duly advised in the premises; hereby **ORDERED** as follows:

   1.  That Ex-parte Motion to Transfer Venue to Broward County is hereby **GRANTED**.

   2.  The case should be reassigned to a Broward County Chapter 7 Trustee and a new 341 meeting should be issued.

* * *

Submitted By:
RICARDO CORONA, ESQ.
Florida Bar No. 111333
CORONA LAW FIRM
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 547-1234 Phone

Movant shall serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.